*Electronically Filed*

NO. 23-CI-002029

JEFFERSON CIRCUIT COURT
DIVISION THREE (3)
JUDGE MITCH PERRY

DORIS LOGAN, ON BEHALF OF MINOR C.L.                    PLAINTIFF

v.                       **NOTICE OF REMOVAL OF**
            **CIVIL ACTION TO U.S. DISTRICT COURT**
         **FOR THE WESTERN DISTRICT OF KENTUCKY**
                         **AT LOUISVILLE**

LOUISVILLE METROPOLITAN GOVERNMENT, *ET AL*        DEFENDANTS

\* \* \* \* \* \* \*

TO:   Sam Aguiar
      1900 Plantside Drive
      Louisville, KY 40299
      *Counsel for Plaintiff*

Please take notice that the Notice of Removal and Petition for Removal, with exhibits,

which are attached hereto, were filed in the United States District Court for the Western District

of Kentucky at Louisville on April 10, 2023, by the Defendant, Metro Government.

Respectfully submitted,

MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY

/s/ *Susan K. Rivera*
SUSAN K. RIVERA
Kristie B. Walker
Assistant Jefferson County Attorneys
200 S. Fifth Street, Suite 300N
Louisville, KY  40202
(502 574-3076
*Counsel for Defendants*

CERTIFICATE

It is hereby certified that a copy of the foregoing was mailed, postage prepaid, this 10th day of April, 2023, to the following at the indicated address:

Sam Aguiar
1900 Plantside Drive
Louisville, KY 40299
*Counsel for Plaintiff*

/s/ *Susan K. Rivera*
SUSAN K. RIVERA