**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**NO. 3:23-CV-174-CHB-RSE**

**DORIS LOGAN, ON BEHALF OF**                                               **PLAINTIFF**
**MINOR, C.L.**

**v.**

**BRENDAN KAISER,** *et al.*                                                        **DEFENDANTS**

*ELECTRONICALLY FILED*

**JOINT REPORT OF PARTIES' RULE 26(f) PLANNING MEETING**

Come now the Plaintiff and Defendants, jointly, by their respective counsel, and pursuant to FRCP 26(f) and the Court's Order of May 25, 2023 (DN 6), hereby provide their report of their planning meeting:

1. Counsel for the parties conferred via electronic mail on June 29, 2023. The parties circulated this proposed litigation plan by email among all counsel and all counsel have agreed to the proposed discovery plan.

2. The parties anticipate the need for discovery on the issues of liability and damages. The parties expect that written discovery, production of documents, and depositions of parties and witnesses will be necessary. The parties propose and ask the Court to establish the following deadlines:

    A. Initial disclosures – Parties will serve their Rule 26(a)(1) initial disclosures on or before August 1, 2023;

    B. Fact Discovery Deadline – April 26, 2024;

    C. Rule 26(a)(2) Disclosure Deadline –

          For Plaintiffs:      June 7, 2024;

          For Defendant:      August 2, 2024;

    D.    Expert Discovery Deadline – September 20, 2024;

    E.    Dispositive Motion Deadline – October 18, 2024;

    F.    *Daubert* Motion Deadline – October 18, 2024.

4.    Other items –

    A.    Deadline for joinder of additional parties and amendment of pleadings –

          For Plaintiffs:      February 2, 2024;

          For Defendant:      April 5, 2024.

    B.    Rule 26(e) supplementations Due by September 6, 2024.

    C.    The parties do not agree to the referral of this matter for all purposes to the United States Magistrate Judge.

5.    Anticipated readiness for trial and length – This case should be ready for trial by February 2025 and, at this time, is expected to take approximately 3 days.

Respectfully Submitted,

MIKE O'CONNELL
JEFFERSON COUNTY ATTORNEY

/s/ Susan K. Rivera
Kristie B. Walker
Susan K. Rivera
Assistant Jefferson County Attorneys
200 S. Fifth Street, Suite 300N
Louisville, Kentucky 40202
PHONE: (502) 574-3076
FAX: (502) 574-5573
EMAIL: susan.rivera@louisvilleky.gov
*COUNSEL FOR DEFENDANTS*

And

/s/ Sam Aguiar, *with permission*
Sam Aguiar
Sam Aguiar Injury Lawyers, PLLC
1900 Plantside Drive
Louisville, KY  40206
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned filed the above on July 14, 2023 using the Court's CM/ECF system which will send copies to the counsel of record.

/s/ Susan K. Rivera
*Counsel for Defendants*