UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| DORIS LOGAN | ) | |
| | ) | |
| PLAINTIFF, | ) | CIVIL ACTION NO. 3:23-CV-174-CHB-RSE |
| v. | ) | |
| | ) | |
| BRENDAN KAISER, ET AL. | ) | |
| | ) | *ELECTRONICALLY FILED* |
| | ) | |
| | ) | |
| DEFENDANTS | ) | |

## JOINT STATUS REPORT

Come the parties, by counsel, and hereby notify the Court of the status of the production of the Public Integrity Unit ("PIU") investigation.

Counsel for Defendants has received and is reviewing the PIU file. Counsel have spoken and agreed to speak again in a week regarding the status of the review and production.

Respectfully submitted,

*/s/ Susan Rivera*
Kristie B. Walker
Susan K. Rivera
Assistant Jefferson County Attorneys
200 S. Fifth Street, Suite 300 N
Louisville, KY 40202
*Counsel for Defendants*


*/s/ Sam Aguiar* (with permission)
Sam Aguiar
Sam Aguiar Injury Lawyers, PLLC
1900 Plantside Drive
Louisville, KY  40299
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system on December 12, 2023, which will send a notice of electronic filing to all counsel of record.

                */s/ Susan Rivera*
                Susan K. Rivera