UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| CHANZE LOGAN, | ) |
|     Plaintiff, | ) Civil Action No. 3:23-CV-174-CHB |
| v. | ) |
| BRENDAN KAISER, *et al.*, | ) **MEMORANDUM OPINION & ORDER** |
|     Defendants. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court, having been advised by Magistrate Judge Regina S. Edwards that a settlement has been reached on all matters in this case, [R. 37], and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. This action is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET**, with leave to reinstate within thirty (30) days if the settlement is not consummated.

2. The parties may tender a supplemental order of dismissal with prejudice if they so desire.

This the 20th day of August, 2025.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:   Counsel of Record